IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROGELIO CORONA-CUEVAS,                          CV 06-743-ST

        Petitioner,                         OPINION AND ORDER

  v.

GUY HALL,

        Respondent.

    ANTHONY D. BORNSTEIN
    Assistant Federal Public Defender
    101 SW Main Street, Suite 1700
    Portland, OR  97204

        Attorney for Petitioner

    HARDY MEYERS
    Attorney General
    JONATHAN W. DIEHL
    Senior Assistant Attorney General
    Department of Justice
    1162 Court Street NE
    Salem, OR  97301-6313

        Attorneys for Respondent

MARSH, Judge:

    Magistrate Judge Stewart filed her Findings and Recommendation on June 10, 2008. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. *See* 28 U.S.C. § 636(b)(1)(C); *McDonnell Douglas Corp. v.*

1- OPINION AND ORDER

*Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

    Petitioner filed timely objections.  I have, therefore, given the file of this case a *de novo* review.  I do not find any error.  Accordingly, I ADOPT the Findings and Recommendation (#39) of Magistrate Judge Stewart.

    IT IS SO ORDERED.

    DATED this 16 day of July, 2008.

                                __/s/  Malcolm F. Marsh_____
                                Malcolm F. Marsh
                                United States District Judge